# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03257-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

SOVEREIGN-HEBREW: MASONIC: KYLE LEE DELI HUE THE III, and
SOVEREIGN-PAYEE: ELLA MAE-HOUSTON,

     Plaintiffs,

v.

MENTAL-HEALTH, COOPERATION OF DENVER,
DR. CARL CLARK,
STEVE BOMMER,
JOHN CECILY,
ALEX MORGAN,
KEITH BAR,
FRANCES CAR RILO,
LEAH BS KUITH,
TITUS DURU, and
SANDY TILLSON,

     Defendants.

## ORDER DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

Plaintiffs have submitted a Title VII Complaint.  As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the complaint is deficient as described in this order.  Plaintiffs will be directed to cure the following if they wish to pursue their claims.  Any papers that Plaintiffs file in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   xx   is not submitted (each Plaintiff must submit an individual motion)
(2)   ___   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by plaintiff/petitioner/applicant

(4) __ is missing affidavit
(5) __ affidavit is incomplete
(6) __ affidavit is not notarized or is not properly notarized
(7) __ names in caption do not match names in caption of complaint, petition or application
(8) xx other: individual motions are not necessary if Plaintiffs pay filing and administrative fees totaling $400.00 in advance.

**Complaint or Petition**:
(9) __ is not submitted
(10) __ is not on proper form (must use the court's current form)
(11) xx is missing an original signature by each plaintiff
(12) __ is incomplete
(13) __ uses et al. instead of listing all parties in caption
(14) __ names in caption do not match names in text
(15) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) xx other: Plaintiffs fail to provide a clear statement of the claims being asserted.

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiffs shall obtain the court-approved forms, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiffs fail to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED December 3, 2013, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge